**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————————x

YELITZA PICON, on behalf of himself and all
Others similarly situated,

        Civil Action No. 1:24-cv-8904

        Plaintiffs,

    -against-

STUMPTOWN COFFEE CORP.,

        **NOTICE OF VOLUNTARY**
        **DISMISSAL**

        Defendant.

——————————————————————————x

    Plaintiff Yelitza Picon, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

    Dated: January 23, 2025

By: *Gabriel levy*
    ————————————————

    Gabriel A. Levy, Esq .
      *Attorney for Plaintiff*
    Gabriel A. Levy, P.C.
    1129 Northern Blvd, Ste 404
    Manhasset, NY 11030
    T: 347-941-4715
    Glevy@glpcfirm.com